IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**BULMARO LEPEZ-ALVAREZ,**

                Petitioner,

    v.

**UNITED STATES OF AMERICA,**

                Respondent.

                                No. 3:05-cr-00201-MO
                                No. 3:12-cv-01927-MO

                                OPINION AND ORDER


**MOSMAN, J.,**

Petitioner's motion to vacate or correct sentence under 28 U.S.C. § 2255 [281] is DENIED as untimely. It was filed on October 24, 2012. The last day on which it could have been timely filed under the AEDPA was October 18, 2012. *See* 28 U.S.C. § 2255(f); *Clay v. United States*, 537 U.S. 522, 527 (2003). No equitable tolling applies.

IT IS SO ORDERED.

DATED this   24th   day of January, 2013.


                          /s/ Michael W. Mosman   
                          MICHAEL W. MOSMAN
                          United States District Judge